UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| M. DARIN HAMMOND,<br><br>       Plaintiff,<br>v.<br>GILBERT CORREA, et al.,<br><br>       Defendants. | Case No. 2:15-cv-00250-JCM-PAL<br><br>ORDER |

This case was filed in state court and removed by the United States Internal Revenue Service on February 12, 2015. It is an action to Interplead Surplus Proceeds arising out of a foreclosure sale of real property. The named Defendants are all parties the Plaintiff successor trustee believes may have an interest in the surplus proceeds. The removal petition (Dkt #1) indicates the United States Attorney for the District of Nevada has not been served with summons and complaint. However, the IRS filed an answer (Dkt #4) March 3, 2015. Plaintiff's Status Report (Dkt. #6) indicates that so far the IRS and one other claimant have filed responses he is in the process of serving other defendants. Plaintiff requests sixty days in which to contact and complete service on the remaining parties in this matter.

For good cause shown,

**IT IS ORDERED** that Plaintiff shall have until **May 22, 2015,** to serve summons and complaint upon all Defendants.

DATED this 23rd day of March, 2015.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1