IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEVADA

| | |
|---|---|
| M. DARIN HAMMOND, ) | |
| ) | Civil No. 2:15-CV-00250 JCM-PAL |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER GRANTING UNITED STATES' |
| ) | UNOPPOSED MOTION TO REMAND |
| GILBERT CORREA, MARGARITA ) | TO STATE COURT |
| CORREA, GILBERT CORREA AND, ) | |
| MARGARITA CORREA, TRUSTEES OF ) | |
| THE GILBERT AND MARGARITA ) | |
| CORREA LIVING TRUST, DATED JUNE ) | |
| 20, 2006, INTERNAL REVENUE SERVICE, ) | |
| AHERN RENTALS, INC., COLORADO ) | |
| ELECTRIC SUPPLY, WESTERN ) | |
| INSURANCE COMPANY, U.S. BANK ) | |
| NATIONAL ASSOCIATION AS TRUSTEE ) | |
| FOR JPMORGAN 2007-S2, MORTGAGE ) | |
| ELECTRONIC REGISTRATION SYSTEMS, ) | |
| INC., and NEW CENTURY MORTGAGE ) | |
| CORPORATION, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

Upon consideration of the United States' motion and for good cause shown, the United States' motion is GRANTED and IT IS ORDERED THAT the United States, having disclaimed any interest in the property which is the subject of this action, is hereby dismissed as a party.

IT IS FURTHER ORDERED THAT this case is remanded to the District Court, Clark County, Nevada, where it was originally filed, for all further proceedings.

SO ORDERED. May 28, 2015.

_____
UNITED STATES DISTRICT JUDGE

1